AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAN D. PULS,  )<br>    Apellant,  )<br>  )<br>v.  )<br>  )<br>SUNTRUST MORTGAGE, INC.,  )<br>d/b/a BANCFINANCIAL,  )<br>    Appellee,  ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:08-CV-369-F** |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the court hereby CONSOLIDATES the appeals in the adversary proceeding, Adversary Proceeding No.07-00074-5-ATS-AP, with the appeal in the bankruptcy case, Case No. 07-00348-5-ATS. Moreover, because the breadth of the thoroughness of the briefs and the record, the Request for Oral Argument by Joan D. Puls is DENIED. See the order for the particulars regarding the *de novo* review of the facts and conclusions of law

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 20, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

William Walt Pettit (via CM/ECF Notice of Electronic Filing)
Alan B. Powell (via CM/ECF Notice of Electronic Filing)
Christopher C. Finan (via CM/ECF Notice of Electronic Filing)
Stephanie Edmondson, US Bankruptcy Court (via E-Mail)

| | |
|---|---|
| <u>August 20, 2010</u><br>Date | DENNIS P. IAVARONE<br>Clerk of Court |
| | <u>/s/ Susan K. Edwards</u> |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |